UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 08 B 24510
   RANDO J SIMEON
   DAISY M SIMEON                       CHAPTER 13

                                        JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-2046    SSN XXX-XX-9889
```

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/16/08 .

     2.  The case was dismissed without confirmation, 10/31/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS       CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                         PAID        PAID
------------------------------------------------------------------------

        Summary of disbursements:
------------------------------------------------------------------------
                  SECURED    PRIORITY   UNSECURED      OTHER      TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00        .00        .00        .00
PRINCIPAL PAID          .00        .00        .00        .00        .00
INTEREST PAID           .00        .00        .00        .00        .00
TOTAL PAID              .00        .00        .00        .00        .00
The Debtor's attorney, WEBSTER & SCHELLI            , was allowed $      .00
and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $      .00 .




     Dated: 01/21/09                /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE
```

```
                    PAGE  2
CASE NO. 08 B 24510 RANDO J SIMEON & DAISY M SIMEON
```